UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAM RESEARCH CORP.,

    Petitioner,

v().

    Case No. 25-mc-50059
    Hon. Matthew F. Leitman

INPRIA CORP.,

    Respondent.
_____/

## ORDER GRANTING APPLICATION FOR ISSUANCE OF SUBPOENA (ECF No. 1)

On February 13, 2025, the Court held a hearing on Petitioner Lam Research Corp.'s application for issuance of a subpoena pursuant to 35 U.S.C. § 24 (ECF No. 1.) For the reasons stated on the record at the hearing, Attorney Stephanie Sweitzer of Morgan, Lewis & Bockius LLP is **HEREBY AUTHORIZED** to issue a subpoena to Heather Stewart. The subpoena shall be in substantially the same form as the subpoena attached to the application. (*See* Subpoena, ECF No. 1-2, PageID.10.) The subpoena shall require Stewart to appear for a video deposition at a mutually convenient time on or before March 5, 2025. Attorney John McKee of Quinn Emanuel Urquhart & Sullivan, LLP agrees to accept service of the subpoena on behalf of Stewart via email.

    **IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: February 13, 2025

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 13, 2025, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan  
                                              Case Manager  
                                              (313) 234-5126